IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SEPHONIA COWANS,

                         Plaintiff,                              ORDER

        v.
                                                        16-cv-324-wmc

UNITED STATES OF AMERICA,

                         Defendant.

---

Having been apprised the Attorney General's designee has certified that the individual Defendant Cora Schultz was acting within the scope of her employment at the time of the incident giving rise to this suit,

IT IS HEREBY ORDERED consistent with the provisions of the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 6, Pub. L. No. 100 694, 102 Stat. 4563 (1988), 28 U.S.C. §§ 2679(b),(d)(2), that the United States has been substituted as the sole defendant in this case and that the state law claim set forth in plaintiff's complaint is dismissed with respect to the individual defendant Cora Schultz on the ground that the exclusive remedy for this claim is an action against the United States.

IT IS FURTHER ORDERED that the caption of this action shall be amended to reflect the substitution of the United States as defendant as set forth above.

Entered this 19th day of May, 2016.

                         BY THE COURT:

                         /s/
                         _____
                         WILLIAM M. CONLEY
                         District Judge