IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEPHONIA COWANS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-324-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America granting its motion for summary judgment and dismissing this case.

/s/                                             9/13/2017

Peter Oppeneer, Clerk of Court                     Date